UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FUSIONSOFT, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:16-cv-00938-TWP-MJD |
| SOUTHERN COAL CORPORATION, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come now plaintiff, FusionSoft, LLC, and defendant, Southern Coal Corporation, and said parties do now stipulate that plaintiff's complaint as against defendant, be dismissed, with prejudice, all costs prepaid.

Respectfully submitted,

*/s/ R. Brock Jordan*
R. Brock Jordan, Atty. #17060-49
DENSBORN BLACHLY LLP
500 E. 96th Street, Suite 100
Indianapolis, Indiana 46240
bjordan@dblaw.com
Attorneys for Plaintiff

*/s/ Joshua T. Robertson*
Joshua T. Robertson, Atty. #22859-49
COHEN GARELICK & GLAZIER
8888 Keystone Crossing, Suite 800
Indianapolis, IN 46240
jrobertson@cgglawfirm.com
Attorneys for Defendant